

# Fourth Court of Appeals
## San Antonio, Texas

September 18, 2020

No. 04-20-00462-CV

**IN RE BERRIDGE MANUFACTURING COMPANY,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07623
Honorable David A. Canales, Judge Presiding

Original Mandamus Proceeding[1]

Sitting:    Rebeca C. Martinez, Justice
            Irene Rios, Justice
            Liza A. Rodriguez, Justice

On September 17, 2020, relator filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus.

Relator's request for temporary relief is GRANTED. The trial court's August 20, 2020 "Order on Plaintiff's Motion to Compel Discovery of Defendant Berridge Manufacturing Company's Net Worth, and Confidentiality and Protective Order" is STAYED pending final resolution of the petition for writ of mandamus.

Relator states it has contacted Luis Duran, the official court reporter for the 73rd Judicial District Court, several times requesting preparation of the transcript from an August 19, 2020 hearing, but he has failed to respond. Luis Duran is hereby ORDERED to prepare and file with this court the reporter's record from the August 19, 2020 hearing **no later than October 5, 2020**.

It is so **ORDERED** September 18, 2020.

---

[1] This proceeding arises out of Cause No. 2019-CI-07623, styled *Jared Martin v. Berridge Manufacturing Company*, pending in the 408th Judicial District Court, Bexar County, Texas. The Honorable David A. Canales signed the order at issue in this original proceeding.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

